[No. 6,742.—Department No. 2.]

## ROUSSEAU *v.* HALL ET AL.
## REYNOLDS *v.* HALL ET AL.
## BOLEN *v.* THE SAN GORGONIO FLUMING CO.

PARTY TO ACTION.—In an action to foreclose mechanics' liens against defendants, alleged in the complaint to be partners under the firm name of the San Gorgonio Fluming Co., the San Gorgonio Fluming Co., a corporation, answered, setting up the fact of their incorporation, and alleging title to the property; and judgment was rendered for the sale of the property. *Held*, that the corporation had not been made a party to the suit, and that the judgment as to it was erroneous.

APPEAL from a judgment for the plaintiff, and from an order refusing a new trial, in the Eighteenth District Court, County of San Bernardino. McNEALY, J.

Actions against Hall and others, composing the firm of the San Gorgonio Fluming Co., to foreclose a mechanic's lien on a flume. The defendants commenced the construction of the flume October 18th, 1876, and the plaintiffs performed labor thereon from October 19th, 1876, to July, 1877. On the 13th day of February, 1877, the San Gorgonio Fluming Co. was incorporated. The corporation answered, and judgment was rendered against it. The appeal was taken by the corporation.

*J. D. Boyer*, and *Bicknell & White*, for Appellants.

*Talbott & Harris*, for Respondents.

By the COURT:

The decree and order denying the motion for a new trial reversed, so far as concerns the San Gorgonio Fluming Company, a corporation. The findings and decree seem to be based upon the fact that the company is a corporation, and as such is indebted to the plaintiffs, and its property is decreed to be sold. The corporation has never been made a party to the action, and has not had a day in court.